**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 13, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00669-CV

---

### DRYMALLA CONSTRUCTION COMPANY, INC., Appellant

### V.

### SUMMERS DRYWALL SERVICES, INC., Appellee

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2019-40319**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 21, 2020. On September 30, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.